UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**DAVE ROLLINS,**
      **Plaintiff,**

v.                                              Case No. 12-CV-0389

**DENNIS McKNIGHT and**
**MICHAEL LEEMAN,**
      **Defendants,**

---

### ORDER

In an order entered March 11, 2014, I stayed the proceedings in this case pending recruitment of counsel for plaintiff. I have now found counsel willing to represent plaintiff.

**THEREFORE, IT IS REQUESTED** that Attorney Steven Berryman represent the plaintiff in this action on a pro bono fee basis.

**IT IS ALSO ORDERED** that a copy of this order be sent to Attorney Steven Berryman. Upon receipt of this order, Attorney Berryman shall file a notice of appearance in this case.

**IT IS FURTHER ORDERED** that the stay of this case is **LIFTED**.

**IT IS FURTHER ORDERED** that the court will hold a telephonic status conference in this matter on **May 19, 2014, at 2:00 p.m.** The court will initiate the call.

Dated at Milwaukee, Wisconsin, this 23rd day of April 2014.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge