AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

WESTERN DISTRICT OF WISCONSIN

DAVIN ROLLINS,
    Plaintiff,

v.

DENNIS MCKNIGHT and
MICHAEL LEEMAN,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-0389

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing by his complaint and that this case is dismissed on the merits.

12/5/2014
Date

Peter A. Oppeneer
Clerk

*E. Clark*
(By) Deputy Clerk