UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
JAN 20 AM 10: 57
PETER C. OPPENEER
CLERK US DIST COURT
WD OF WI

DAVIN ROLLINS,

    Plaintiff,

v.   Case No. 12-CV-00389

DENNIS McKNIGHT, and
MICHAEL LEEMAN,

    Defendants.

### NOTICE OF APPEAL

Plaintiff Davin Rollins (Inmate # 278690) appeals to the United States Court of Appeals for the Seventh Circuit the Judgment in a Civil Case entered by the court on December 5, 2014 (ECF Dkt. 140). Under Fed. R. App. Pro. 4(a)(1)(A) this appeal is timely filed within 30 days of December 5, 2014.

Dated this 7 day of January, 2015.    Respectfully submitted,

*Davin Rollins 1-17-15*
Davin Rollins, *Pro Se*

Notary: Angelia E. Kroll
Expires: 4/17/16

[Notary seal: ANGELIA E. KROLL, NOTARY PUBLIC, STATE OF WISCONSIN]