IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVIN ROLLINS,

    Plaintiff,

v.

DENNIS MCKNIGHT AND
MICHAEL LEEMAN,

    Defendants.

ORDER

12-cv-389-lsa
App. No.  15-1111

    Plaintiff Davin Rollins has filed a notice of appeal from the court's December 5, 2014 judgment.  Plaintiff has not paid the $505 appeal filing fee nor asked for leave to proceed without prepayment of fees or costs.  For this appeal to proceed, plaintiff must either pay the $505 appeal fee or submit a properly supported motion for leave to proceed without prepayment of the appeal filing fee along with a certified inmate trust fund account statement for the six-month period immediately preceding the filing of his appeal.

ORDER

    IT IS ORDERED that plaintiff Davin Rollins may have until February 25, 2015 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2).  Failure to comply as directed may result in the dismissal of this appeal.

    Entered this 2nd day of February, 2015.

    BY THE COURT:

    /s/
    PETER OPPENEER
    Magistrate Judge